UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Randy S. Campney, Sr.</u>

    v.                              No. 06-fp-353

<u>Bare Hill Correctional Facility, Superintendent</u>


**O R D E R**

Petitioner's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (document no. 2) is granted.

This file has been assigned civil number 06-cv-353-SM.


**SO ORDERED.**

                                           /s/ James R. Muirhead
                                           James R. Muirhead
                                           United States Magistrate Judge

Date: September 21, 2006

cc:    Randy S. Campney, Sr., *pro se*