**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Randy S. Campney, Sr.

    v.                                                    Civil No. 06-cv-353-SM

Superintendent, Bare Hill
Correctional Facility


## O R D E R

In response to my order of March 1, 2007 (document no. 11), pro se petitioner Randy S. Campney, Sr. requests this Court to stay the proceedings and hold his habeas corpus petition in abeyance, pending his exhaustion of state remedies as to Ground 10 of the petition (document no. 12). His request is hereby granted.

The stay will be issued under the following two conditions:

> 1. Campney is ordered to contact this Court every 90 days, beginning from the date of entry of this Order, and inform this Court of the status and pendency of his state court proceedings, if any, and the disposition of any appeal or related matter.

> 2. Within 30 days following any ruling and/or notification by the New Hampshire Supreme Court on the claims at issue, and the exhaustion of such claims, Campney must notify this Court of the ruling and submit all briefs or other pleadings filed in the state court proceedings; he must also file a request with this Court, stating that his state court matter has been disposed of and that

>   he wishes to terminate the stay and have this
>   Court further consider his petition.

Failure to comply with either condition may result in dismissal of the petition without prejudice.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 28, 2007

cc:   Randy S. Campney, Sr., pro se