UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randy S. Campney, Sr.</u>

    v.                                                Civil No. 06-cv-353-SM

<u>Superintendent, Bare Hill</u>
<u>Correctional Facility</u>

**REPORT AND RECOMMENDATION**

    Pro se petitioner Randy S. Campney, Sr. objects (document no. 12) to my report and recommendation of March 1, 2007 (document no. 10), recommending dismissal of various grounds in his habeas corpus petition filed pursuant to 28 U.S.C. § 2254. <u>See</u> Rule 4 of the Rules Governing Section 2254 Proceedings. He objects to the dismissal of Grounds 1 and 2. Having considered Campney's objection and supporting documents, I conclude that the additional information does not change my recommendation that Grounds 1 and 2 be dismissed.

    In addition, Campney has filed a response to my order of March 1, 2007 (document no. 11), ordering him to amend his petition to demonstrate exhaustion of Ground 10 or to withdraw that claim and proceed solely on his exhausted claims. By separate order issued simultaneously herewith, I grant Campney's

request to stay the proceedings and hold his petition in abeyance pending his exhaustion of state remedies as to Ground 10.

Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Committee v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

_/s/ James R. Muirhead_____
James R. Muirhead
United States Magistrate Judge

Date: March 28, 2007

cc: Randy S. Campney, Sr., pro se