UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randy S. Campney, Sr.

    v.        Case No. 06-cv-353-SM

Superintendent, Bare Hill Correctional Facility

O R D E R

  I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated March 1, 2007, an objection having been filed; and March 28, 2007, no objection having been filed.   Grounds 1, 2, 3 (a-d, f-g), 9 and 11 are hereby dismissed.

  SO ORDERED.

May  4, 2007          _____
                 Steven J. McAuliffe
                 Chief Judge

cc: Randy S. Campney, Sr., pro se